UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Eleonora Grodman

        v.                                    Civil No. 11-cv-50-PB

Crotched Mountain Rehabiliation Center, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 26, 2011, no objection having been filed, for the reasons set forth therein. The petition is dismissed as moot, and the case is hereby dismissed in its entirety.

SO ORDERED.

                                                                /s/ Paul Barbadoro

October 17, 2011                                    _____
                                                                 Paul Barbadoro
                                                                 United States District Judge

cc:      Francis J. McDonough, Jr. Esq.
           Louis A. Piccone, Esq.